# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laura Rhodes,<br><br>    Plaintiff,<br><br>v.<br><br>Progressive Advanced Insurance Company,<br><br>    Defendant. | No. CV-22-00213-TUC-JAS (DTF)<br><br>**ORDER** |

Pending before the Court is the Plaintiff's Notice of Dismissal Without Prejudice (Doc. 12). The notice reads: "Plaintiff, Laura Rhodes, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows: 1. All claims of the Plaintiff, Laura Rhodes, individually, are hereby dismissed without prejudice. 2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice." Good cause appearing,

**IT IS ORDERED** GRANTNG Plaintiff's Notice of Dismissal Without Prejudice (Doc. 12). All claims of the Plaintiff, Laura Rhodes, individually, are hereby dismissed without prejudice. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice. The Clerk shall enter judgement and close the file in this case.

Dated this 24th day of June, 2022.

Honorable James A. Soto
United States District Judge