# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laura Rhodes,<br><br>        Plaintiff,<br><br>v.<br><br>Progressive Advanced Insurance Company,<br><br>        Defendant. | NO. CV-22-00213-TUC-JAS (DTF)<br><br>**JUDGMENT OF DISMISSAL<br>IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and Plaintiff having filed a Motion or Notice of Dismissal, this action is hereby dismissed without prejudice.

                                Debra D. Lucas
                                District Court Executive/Clerk of Court

June 27, 2022

                                s/ B. Cortez
                       By   Deputy Clerk